IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 4:11cr0052-01 |
| | ) | |
| ROBERTO ANTOINE DARDEN, | ) | |
| a/k/a "Dizz-e," | ) | |
| a/k/a "Javon," | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEAL**

COMES NOW, the defendant Roberto Antoine Darden, by and through counsel, and hereby notes his appeal to the United States Court of Appeal for the Fourth Circuit from a Final Judgment in a Criminal Case by the District Court. Said judgment was rendered on October 12, 2012, and filed with the Clerk of Court on October 15, 2012.

The defendant is indigent and counsel was appointed to represent him in the District Court.

                                                        Respectfully submitted,

                                                        ROBERTO ANTOINE DARDEN
                                                        Defendant

By: _____/s/_____
                    Fernando Groene
                    Fernando Groene, P.C.
                    Virginia State Bar No. 24028
                    P.O. Box 2152
                    Williamsburg, Virginia 23185
                    Phone  (757) 645-6388
                    Fax     (757) 345-3410
                    groenelaw@yahoo.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

Elizabeth M. Yusi
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
E-Mail Address: Elizabeth.Yusi@usdoj.gov

Lisa R. McKeel,
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza 3, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Number: 757- 591-4000
Facsimile: 757-591-0866
Email: Lisa.McKeel@usdoj.gov

      I certify that a copy of this Notice of Appeal will be sent via United States mail, postage prepaid, to the following non-filing user as soon as the address of his designated facility can be obtained from the Federal Bureau of Prisons:

      Roberto Antoine Darden, Reg. No. 78636-083

      _____/s/ _____
      Fernando Groene
      Fernando Groene, P.C.
      Virginia State Bar No. 24028
      P.O. Box 2152
      Williamsburg, Virginia 23185
      Phone  (757) 645-6388
      Fax     (757) 345-3410
      groenelaw@yahoo.com